1  ERIC GRANT
   United States Attorney
2  ROBERT ABENDROTH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

**FILED**

Oct 18, 2025

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

8                    IN THE UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11  United States of America,

12              Plaintiff,

13       v.

14  JESSICA PACK,

15          Defendant.

16

CASE NO.    2:25-mj-0156 SCR

SEALING ORDER

**UNDER SEAL**

17                        **S E A L I N G   O R D E R**

18       Upon Application of the United States of America and good cause having been shown,

19       IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is hereby ordered,

20  SEALED until further order of this Court. Law enforcement officers participating in the investigation

21  may utilize copies of the sealed documents without further order of Court. Additionally, the government

22  may provide the sealed document to defense counsel to comply with its discovery obligations in a

23  criminal proceeding without further order of Court.

24

25  Dated:    October 18, 2025

26                                          Hon. Sean C. Riordan
                                            U.S. MAGISTRATE JUDGE
27

28

SEALING ORDER