ERIC GRANT
United States Attorney
ROBERT ABENDROTH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>     v.<br><br>COY MOBLEY,<br>JESSICA PACK,<br><br>              Defendants. | CASE NOS.  2:25-MJ-148-SCR<br>                      2:25-MJ-156-SCR<br><br>ORDER TO FILE REDACTED COPY OF COMPLAINTS |

The government's motion to unseal the above-referenced cases and file redacted copies of the sealed complaints and affidavits is GRANTED.

Dated: October 29, 2025

/s/ Carolyn K. Delaney

HON. CAROLYN K. DELANEY
Chief U.S. Magistrate Judge

[PROPOSED] ORDER TO FILE REDACTED COPY OF COMPLAINT