JODI LINKER
Federal Public Defender
Northern District of California
ANA BOTELLO AZ Bar#030528
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:  (415) 436-7700
Facsimile:  (415) 436-7706
Email:      ana_botello@fd.org

Counsel for Defendant Pack

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JESSICA PACK,<br><br>Defendant. | **Case No.:** CR 2:25-00247-DJC-8<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE ARRAIGNMENT AND DETENTION HEARING** |

1. By previous order this case was set for detention hearing on November 4, 2025.

2. By this Stipulation the defendant asks to move both the initial and detention hearing to November 7, 2025 and for counsel to appear via video.

3. The parties agree and stipulate, and request that the Court find the following: (a) Counsel for the defendant has not been able to speak with her client. Thursday, November 6, 2025, is the earliest that that can occur. That is also the date Pretrial Services will first be able to interview Ms. Pack for purposes of making a recommendation.

(b) Counsel for the defendant believe failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. (c) The government does not object to the continuance.

IT IS SO STIPULATED.

| | |
|---|---|
| August 4, 2025<br>Dated | ERIC GRANT<br>United States Attorney<br>Eastern District of California<br><br>       /S<br>ROBERT ABENDROTH<br>Assistant United States Attorney |
| August 4, 2025<br>Dated | JODI LINKER<br>Federal Public Defender<br>Northern District of California<br><br>       /S<br>ANA BOTELLO<br>Assistant Federal Public Defender |

[PROPOSED] STIPULATED ORDER
*PACK*, CR 247-DJC

[~~PROPOSED~~] ORDER

Good cause appearing, the hearing set for November 4, 2025 is vacated. The Arraignment and detention hearing is reset for November 7, 2025.

IT IS SO ORDERED.

DATED: November 4, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] STIPULATED ORDER
*PACK*, CR 247-DJC