| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA | **FILED**<br>November 7, 2025<br>CLERK, US DISTRICT COURT<br>EASTERN DISTRICT OF<br>CALIFORNIA |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JESSICA PACK,<br><br>　　　　　Defendant. | Case No.  2:25-cr-00247-DJC-8<br><br>**ORDER FOR RELEASE OF<br>PERSON IN CUSTODY** |

TO:　　UNITED STATES MARSHAL:

　　This is to authorize and direct you to release  JESSICA PACK ,

Case No.  2:25-cr-00247-DJC-8 , Charge 21USC 841(a)(1), from custody for the following reasons:

　　_____　Release on Personal Recognizance

　　_____　Bail Posted in the Sum of $ _____

　　__X__　Unsecured Appearance Bond $ 10,000.00

　　_____　Appearance Bond with 10% Deposit

　　_____　Appearance Bond with Surety

　　_____　Corporate Surety Bail Bond

　　__X__　(Other):  The defendant's release is DELAYED until 11/10/2025 at 9:00 AM.

　　Issued at Sacramento, California on 11/07/2025 at 2:08 PM.

　　　　　　　　　　　　　　　　By:　　/s/ Carolyn K. Delaney
　　　　　　　　　　　　　　　　　　　Chief Magistrate Judge Carolyn K. Delaney